IN THE UNITED STATES DISTRICT COURT
FOR NEW YORK, NORTHERN DISTRICT OF
SYRACUSE, NEW YORK

| | |
|---|---|
| Name and address of Plaintiff<br>Alexander Lamont James<br>SCI. Mahanoy 301 Morea Road<br>Frackville, Pennsylvania 17932<br><br>             v.<br><br>Full name, title, and business address of each defendant in this action:<br>1. John Doe Superintendent<br>The Department of Correctional Services<br>DownState Correctional Facility Reception<br>Classification Center<br><br>2. John Doe/Intake Officers The Department of Correctional Services DownState CorrectionalFacility Reception Classification Center<br><br>             And<br><br>3. Harold D. Graham Superintendent Auburn Correctional Facility 135 State Street Box 618 Auburn, New York 13024<br><br>4. Mr. Miller Auburn Correctional Facility 135 State Street Box 618 Auburn, New York 13024 | Complaint<br>Civil Action<br>No._____<br><br>(CIVIL RIGHTS)<br><br>9:15-cv-854<br><br>U.S. DISTRICT COURT - N.D. OF N.Y.<br>**FILED**<br>JUL 13 2015<br>AT____ O'CLOCK____<br>Lawrence K. Baerman, Clerk - Syracuse |

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

1. Where are you confined? SCI. Mahanoy Prison Facility
What sentence are you serving?_____
What court imposed the sentence?_____

II. Previous Lawsuits

A. Describe any and all Lawsuits in which you are a plaintiff in this action. [If there is more than one Lawsuit, describe the addictional lawsuits on another piece of paper, using the same outline.]

1. Parties to this previous lawsuit

    Plaintiffs_____

    Defendants_____

2. Court [if federal court, name the district; if state court, name the county] and docket number

_____
_____
_____
_____

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?
   **DownState Correctional Facility and Auburn Correctional Facility.**
   and answer the following questions:

   A. Is there a prisoner grievance procedure in this institution?
      Yes (x)  No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (x)  No ( )

   C. If your answer is YES,

      1. What steps did you take? **Appeal to the final decision**

      2. What was the result? **Denide.**

   D. If your answer is NO, explain why not: _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
      Yes ( )  No ( )

   F. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

VI. Relief

   State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

   **I want to be Compensated for my illegal in carceration and I want Declaratory Damages Continue on back side.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

CONTINUE

A. Issue a declaratory judgement stating that:
Defendants John Doe Superintendent and John Doe/Intake Officers Failure to take action to curb the violation Plaintiff's rights under the 1st Amendment, 8th Amendment, 14th Amendment to the U.S. Constitution and constituted changed the Judge sentence and religeon under State Law

B. Award compensatory damages in the following amounts:

$100.000 Jointly and severally against defendants John Doe Superintendent and John Doe/Intake Officers and for the Physical and emotional distress substained as the changing of the sentencing Orders and Religeon of the plaintiff

C. Award puntive damages in the following amounts:

$30,000 each against defendants John Doe/Superintendent and John Doe/Intake Officers

D. Issue a declaratory judgement stating that:

Defendants Harold D. Graham Superintendent and Mr. Miller/Counselor/Parole Agent Failure to take action to investigate the changing of the Judge sentencing Orders and Religeon violated plaintiff's rights under the 1st Amendment, 8th Amendment, 14th Amendment to the United States Constitution and constituted Illegal Caeceration under State Law

E. Award compensatory damages in the following amounts:
$100,000 Jointly and severally against defendants Harold D. Graham/Superintendent and Mr. Miller/Counselor Parole Officer and emotional distress substained as for not investigating the situation

F. Award puntive damages in the following amounts:
$30,000 each against defendants Harold D. Graham/Superintenent Mr.Miller/Counselor Parole agent

G. Grant such other relief as it may appear that plaintiff is entitled

Respectfull submitted,

Dated: 7-8-15

/s/ Alepedesu

3. Name of judge to whom case was assigned _____

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____
_____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where?_____
   When?_____
   Result:_____
   _____
   _____

III. What federal law do you claim was violated? <u>1 Amendment, 8th Amendment, 14th Amendment</u>

IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: <u>4-19-2013, and 4-29-2013</u>

B. Place of event: <u>DownState corr. Classification Facility and Auburn Correctional Facility</u>

C. Persons involved--name each person and tell what that person did to you: <u>John Doe/Supt. he went along with his Employee's Staff in the changing of the sentencing Orders and Religeon and Intake/Officers changed my Sentencing Orders and Religeon at DownState Correctional Classification Facility on 4-19-2013
                                  And
On 4-29-2013, Harold D. Graham went along with situation and denied the grievances two diffrent grievances and Mr. Miller/Counselor Parole Officer when I explained the situation to him he ecknored me and stated go along with the program I didn't know your talking about, Auburn Correctional Facility</u>

-4-

7-8-15
(Date)

[Signature] (Signature of Plaintiff)